UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
APR 19 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel., MICHAEL HILDEBRAND, M.D. ) | No. MO-04-CV-095 |
| Relators, ) | |
| v. ) | |
| ALLIANCE MEDICAL GROUP, et al. ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO RELATOR'S MOTION TO VOLUNTARILY DISMISS COMPLAINT

Defendants Alliance Medical Group and Alliance Hospital, LTD, and Defendants Sudhir Srivastava, M.D., Jangayya Challapalli, M.D., William G. Reilly, M.D., M C Parekh, M.D. Vincent Rascon, D.P.M., and Michael Logan Ramsey, M.D. (collectively "Defendants") hereby consent to Plaintiff's Motion to Voluntarily Dismiss Complaint with the one caveat that the final Order incorporate this Court's March 15, 2006 Order which dismissed Paragraphs 19 through 32 of Relator's Complaint with Prejudice. A proposed final Order is being submitted contemporaneously herewith.

Respectfully submitted,

_____
Frederick Robinson  by Randal Patterson
Janet S. Nolan      by permission
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-0200 Telephone
(202) 662-4643 Facsimile

_____
Randal Patterson SBN 15603600
HOLLMANN, LYON,
PATTERSON & DURRELL, INC.
5030 East University Blvd., D-103
Odessa, Texas 79762
(432) 363-1300 Telephone
(432) 363-1310 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document was served on this 19th day of April, 2006, upon the Relator, by and through his attorney of record, Gerald K. Fugit, via facsimile transmission to (432) 335-0003 and was served upon United States Attorney James W. Jennings, Jr. via facsimile to (210) 384-7322.

Randal Patterson